```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Respondent
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MOMTAZ MAHANYI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAVID N. STILL, District Director, ) <br> United States Citizenship and Immigration ) <br> Services, ) <br> ) <br> Respondent. ) <br> ) | No. C 06-7380 WHA <br><br> **STIPULATION TO DISMISS; AND** <br> ~~[PROPOSED]~~ **ORDER** |

Petitioner, by and through his attorney of record, and Respondent, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate petitioner's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 06-7380 WHA

Date: January 19, 2007    Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondent

Date: January 19, 2007

/s/
DONALD UNGAR
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 22, 2007

WILLIAM ALSUP
United States District Judge

Stipulation to Dismiss
C 06-7380 WHA           2